IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| JAMES EVERETT SHELTON AND JON FREY, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DIRECT ENERGY, LP and KAA ENERGY, INC.<br><br>Defendants. | Case No. 2:18-cv-4375-CMR<br><br>COMPLAINT – CLASS ACTION |

## NOTICE OF DISMISSAL WITHOUT PREJDUCE FOR JON FREY ONLY

The plaintiff Jon Frey files this notice of dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of all claims in the above-captioned case for Jon Frey only. The plaintiff Jamie Shelton will shortly be filing an unopposed motion to transfer Mr. Shelton's claims to the United States District Court for the Northern District of Ohio.

RESPECTFULLY SUBMITTED AND DATED this 7th day of January, 2019.

By:*/s/ Anthony Paronich*
Anthony Paronich
Broderick & Paronich, P.C.
99 High Street, Suite 304
Boston, MA 02110
(617) 738-7080
Fax (617) 830-0327
anthony@broderick-law.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I, hereby certify that on January 7, 2019, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

                                              */s/ Anthony Paronich*
                                              Anthony Paronich