UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JAMES EVERETT SHETON; individually and on behalf of all those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DIRECT ENERGY, LP AND KAA ENERGY, INC. <br><br> Defendants, | Case No. 1:19-cv-00081-JG |

**STIPULATION EXTENDING TIME FOR DEFENDANT KAA ENERGY, INC. TO RESPOND TO PLAINTIFF's COMPLAINT AND PLAINTIFF'S RESPONSE DEADLINE TO DIRECT ENERGY, LP'S MOTION TO DISMISS**

Plaintiff James Everett Shelton ("Plaintiff") and named Defendants Direct Energy, LP ("Direct") and KAA Energy, Inc. ("KAA") stipulate pursuant to N.D. Ohio Civ. R. 6.1 that KAA shall have an extension until February 8, 2019 to enter an appearance and/or to move, plead, or otherwise respond to the Plaintiff's Amended Complaint in this matter. Furthermore, Plaintiff shall have until February 22, 2019, to respond to Direct Energy's Motion to Dismiss and any motion that KAA may file in response to the Complaint

                                      Plaintiff,
                                      By Counsel,

Dated: January 14, 2019      By:   /s/ *Anthony Paronich*
                                                Anthony Paronich
                                                Email: anthony@broderick-law.com
                                                BRODERICK & PARONICH, P.C.
                                                99 High St., Suite 304
                                                Boston, Massachusetts 02110
                                                Telephone: (508) 221-1510

                                                Brian K. Murphy (0070654)

Jonathan P. Misny (0090673)
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
(614) 488-0400
(614) 488-0401 facsimile
murphy@mmmb.com
misny@mmmb.com
*Pro Hac Vice*

Direct Energy, LP
By Counsel,

/s/ William B. Thomas
Michael D. Matthews, Jr.*
Texas Bar No. 24051009
William B. Thomas*
Texas Bar No. 24083965
1001 Fannin Street, Suite 2700
Houston, Texas 77002
T: (713) 337-5580
F: (713) 337-8850
matt.matthews@mhllp.com
william.thomas@mhllp.com

*Application for Admission Pro Hac Vice
Forthcoming

KAA Energy, Inc.
By Counsel,

/s/ Phillip T. Golden
Phillip T. Golden*
Texas Bar No. 24002151
4855 Waynesboro Drive
Houston, TX 77035
T: (713) 966-0181
Phillip@GoldenEnergySolutions.com
*Application for Admission Pro Hac Vice
Forthcoming

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed through the Court's CM/ECF System on January 14, 2019, and a copy was automatically distributed to all counsel of records through that System.

                                                             _/s/ Anthony I. Paronich_