UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JAMES EVERETT SHELTON; individually and on behalf of all those similarly situated, | § § § § § § § § § § § § § § § § |
| Plaintiff, | |
| v. | Case No. 1:19-cv-81-JG |
| DIRECT ENERGY, LP AND KAA ENERGY, INC. | |
| Defendants, | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Civil Local Rule 83.9, attorney Clayton S. Morrow hereby moves this Court for permission to withdraw as counsel for Plaintiff, individually, and on behalf of others similarly situated. In support of this Motion, Mr. Morrow states as follows:

1. Mr. Morrow is one of the co-counsel on this matter.

2. Mr. Morrow was retained to serve as local counsel when this matter was pending in the United States District Court for the Eastern District of Pennsylvania.

3. Now that this case is no longer before the United States District Court for the Eastern District of Pennsylvania, Mr. Morrow will no longer be counsel for the Plaintiff.

4. All other counsel of record for Plaintiffs continue to serve as counsel for Plaintiffs.

5. No party will be prejudiced and no delay in the prosecution of this matter will result by this withdrawal.

WHEREFORE, for good cause shown Clayton S. Morrow requests entry of an order withdrawing him as counsel for Plaintiffs regarding this matter.

Dated: January 16, 2019              Respectfully submitted,

/s/ Clayton S. Morrow, per e-mail auth. 1/16/19
Clayton S. Morrow
Email: csm@consumerlaw365.com
Morrow & Artim, PC
304 Ross Street, 7th Floor
Pittsburgh, PA 15219
Telephone: (412) 281-1250


/s/ Brian K. Murphy
Brian K. Murphy (0070654)
Jonathan P. Misny (0090673)
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Facsimile: 614.488.0401
E-mail: murphy@mmmb.com
         misny@mmmb.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed through the Court's CM/ECF System on January 16, 2019, and a copy was automatically distributed to all counsel of records through that System.

/s/ Brian K. Murphy
Brian K. Murphy (0070654)