# UNITED STATES DISTRICT COURT
## Northern District of Ohio

**Shelton, et al**

Plaintiff

v.

**Direct Energy, LP et al**

Defendant

CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE

Case Number: 1:19-cv-00081-JG

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| /s Anthony Paronich | Plaintiff | 2/6/19 |
| /s William B. Thomas | Defendant Direct Energy | 2/6/19 |
| /s Gregory G. Guice | Defendant KAA Energy | 2/6/19 |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to **David A. Ruiz** United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S. C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

*Date*

*United States District Judge*

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ***ONLY IF*** ALL PARTIES HAVE CONSENTED ***ON THIS FORM*** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.