IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JAMES EVERETT SHELTON, | ) | CASE NO. 1:19CV00081 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE DAVID RUIZ |
| | ) | |
| v. | ) | |
| | ) | **KAA ENERGY INC.'S MOTION FOR** |
| DIRECT ENERGY, LP, *et al.*, | ) | **JUDGMENT ON THE PLEADINGS** |
| | ) | |
| Defendants. | ) | |

Defendant, KAA Energy Inc. ("Defendant"), respectfully requests this Court to dismiss James Shelton's ("Plaintiff") claim for violation of the Telephone Consumer Protection Act, pursuant to Rule 12(C) of the Federal Rules of Civil Procedure. In support of this request, KAA would adopt, in its entirety as applicable to Plaintiff James Shelton, the Motion to Dismiss filed by Co-Defendant Direct Energy, LP, seeking dismissal via Fed. R. Civ. P. 12(b)(6). (Doc #13). Indeed, the judgment on the pleadings standard is the same as that which applies to motions to dismiss under Fed. R. Civ. P. 12(b)(1) and (b)(6). *Lindsay v. Yates*, 498 F.3d 434, 438 (6th Cir. 2007). To the extent that leave is required to incorporate Direct Energy's Motion to Dismiss, such leave is expressly requested.

As show in Direct Energy's Motion to Dismiss, and KAA's adoption of said motion, Plaintiff can establish no factual or legal basis to support his claim of violation of the TCPA against any defendant in this case. As such, dismissal of his claims are proper as a matter of law.

Respectfully submitted,

*/s/ Gregory G. Guice*
Gregory G. Guice (0076524)
**REMINGER CO., L.P.A.**
101 W. Prospect Ave., Suite 1400
Cleveland, Ohio 44115
P: 216-687-1311
F: 216-687-1841
Email: gguice@reminger.com
*Counsel for Defendant KAA Energy, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 8th day of February, 2019, a copy of the above and foregoing document has been served via the court's electronic filing system to all counsel of record.

/s/ *Gregory G. Guice*
Gregory G. Guice (0076524)
*Counsel for Defendant KAA Energy, Inc.*