IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JAMES EVERETT SHELTON; individually and on behalf of those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>DIRECT ENERGY, LP, and KAA ENERGY, INC.<br><br>    Defendants. | Case No. 1:19-cv-81-JG |

## JOINT MOTION TO EXCUSE CLIENT ATTENDANCE OR ALTERNATIVELY TO APPEAR TELEPHONICALLY

Defendants Direct Energy, LP ("Direct Energy"), KAA Energy ("KAA"), and Plaintiff James Everett Shelton ("Shelton") jointly file this motion to excuse client attendance at the Case Management Conference on February 21, 2019, at 10:00 a.m. While the parties acknowledge and appreciate the benefits and goals of LR 16.3(b)(1), the parties agree that this is not a matter for early resolution. This is a putative class action for purported violations of the Telephone Consumer Protection Act—based on an unknown number of calls. Defendants have moved to dismiss, and based solely on the pleadings, the parties are unable to reasonably evaluate any settlement position. Furthermore, in-person participation would be burdensome for the parties. The Defendants' client representatives are located in Texas, and Plaintiff is a student at Case Western Reserve University. Thus, good cause exists. In the alternative, the parties request that the Court to permit all client representations to participate telephonically. Counsel will appear in-person.

Dated: February 12, 2019.

By: */s/ William B. Thomas*

    Michael D. Matthews, Jr.*
    Texas Bar No. 24051009
    William B. Thomas*
    Texas Bar No. 24083965
    1001 Fannin Street, Suite 2700
    Houston, Texas 77002
    T:  (713) 337-5580
    F:  (713) 337-8850
    matt.matthews@mhllp.com
    william.thomas@mhllp.com

    Ashley L. Oliker (0085628)
    Frost Brown Todd LLC
    10 W. Broad Street, Suite 2300
    Columbus, Ohio 43215
    T: (614) 559-7227
    F: (614) 464 1737
    aoliker@fbtlaw.com

    *\* admitted pro hac vice*
    *Attorneys for Direct Energy, LP*

By: */s/ Gregory G. Guice*
    Gregory G. Guice (0076524)
    REMINGER CO., L.P.A.
    101 W. Prospect Ave., Suite 1400
    Cleveland, Ohio 44115
    T: (216) 687-1311
    F: (216) 687-1841
    Email: gguice@reminger.com

    *Counsel for Defendant KAA Energy, Inc.*

By: */s/ Anthony I. Paronich*
    Anthony I. Paronich
    BRODERICK & PARONICH, P.C.
    99 High St., Suite 304
    Boston, MA 02110
    T: (508) 221-1510
    Email: anthony@broderick-law.com

*Counsel for Plaintiff James Everett Shelton, et al.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on the 12th day of February via CM/ECF on all counsel of record.

*/s/ William B. Thomas*
William B. Thomas
Attorney for Direct Energy, LP