UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES EVERETT SHELTON, et al., | ) ) ) | Case No. 1:19CV0081 |
| Plaintiffs, | ) ) | |
| v. | ) ) | MAGISTRATE JUDGE DAVID A. RUIZ |
| DIRECT ENERGY, L.P., et al., | ) ) ) | |
| Defendants. | ) ) | MEMORANDUM AND ORDER |

The parties' Joint Motion to Excuse Client Attendance or Alternatively to Appear Telephonically (R. 45) is GRANTED in part, and DENIED in part.

Defendants have shown good cause for excusing the personal attendance of their corporate representatives who reside in Texas. Such representatives, however, shall be available by telephone for the duration of the Case Management Conference.

Plaintiff Shelton, an individual who resides in or around Cleveland, Ohio, and who purports to serve as class representative in this action has not shown good cause to excuse his personal appearance, or to appear telephonically. Therefore, plaintiff Shelton's request is DENIED.

IT IS SO ORDERED.

Dated: February 14, 2019

/s/ David A. Ruiz
David A. Ruiz
United States Magistrate Judge