**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| JAMES EVERETT SHELTON; individually and on behalf of all those similarly situated,<br>　　　　Plaintiff,<br><br>v.<br><br>DIRECT ENERGY LP, AND KAA ENERGY, INC.<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§　CASE NO. 1:19-cv-00081-JG<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## DIRECT ENERGY, LP'S CORPORATE DISCLOSURE STATEMENT

　　Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b): Any non-governmental corporate party to a case must file a corporate disclosure statement identifying the following: (a) Any parent, subsidiary, or affiliate corporation; (b) Any publicly held corporation that owns 10% or more of the party's stock; and (c) Any publicly held corporation or its affiliate that has a substantial financial interest in the outcome of the case by reason of insurance, a franchise agreement or indemnity agreement. A corporation is an affiliate for purposes of this rule if it controls, is under the control of, or is under common control with a publicly owned corporation. A party must file the statement upon the filing of a complaint, answer, motion, response, or other pleading in this Court, whichever occurs first. The obligation to report any changes in the information originally disclosed continues throughout the pendency of the case.

　　In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of <u>Direct Energy LP</u>

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
　<u>　X　</u>Yes　　<u>　　　</u>No.

　　If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

　　Direct Energy is a limited partnership that is a wholly owned subsidiary of Direct Energy Marketing, Inc., which is a wholly owned subsidiary of Centrica US Holdings, Inc., which is a wholly owned subsidiary of Centrica Beta Holdings Limited. Each of these entities is privately held. In turn, Centrica Beta Holdings Limited is a wholly owned subsidiary of Centrica PLC, which is publicly traded on the London Stock Exchange.

2.     Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? __X__ Yes _____No.

If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

Centrica PLC, parent company.

_____
Michael D. Matthews, Jr.               Dated: February 18, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on the 18th Day of February via CM/ECF on all counsel of record.

                                                             */s/ William B. Thomas*
                                                             William B. Thomas
                                                             Attorney for Direct Energy Services, LP