**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

---

**MINUTES OF PROCEEDINGS AND ORDER--CIVIL**

---

|  |  |
|---|---|
|  | DATE: February 21, 2019 |
| James E. Shelton, *et al*., |  |
| Plaintiffs, | CASE NO. 1:19CV0081 |
| v. | COURT REPORTER: N/A |
| Direct Energy, L.P., *et al.*, Defendants. | Magistrate Judge David A. Ruiz |

---

| | |
|---|---|
| Attorney for Plaintiff: Jonathan P. Misny | Attorneys for Defendant Direct Energy, L.P.: William B.Thomas, Ashley L. Oliker |
| Plaintiff James E. Shelton | Attorney for Defendant KAA Energy, Inc.: Gregory G. Guice. |

---

PROCEEDINGS: The court held an in-person case management conference on February 21, 2019. The parties agreed to initially focus discovery on the issue of whether plaintiff Shelton provided prior express consent.   The court set a discovery deadline of 90 days for discovery related to this issue, that is, on or before May 22, 2019.

The parties shall provide a joint proposal of revised case management dates to the court within 45 days, that is, on or before April 8, 2019.

The court set a telephone status conference for Thursday, May 16, 2019, at 10:00 a.m. Eastern time. Only counsel are required to participate in the May 16 call.   The court will provide conferencing instructions at a later date.

The parties have provided a proposed protocol for electronic discovery, and a proposed protective order, which the court will review for adoption.

IT IS SO ORDERED.

---

Total Time:   40 minutes               s/ *David A. Ruiz*
                                        David A. Ruiz
                                        United States Magistrate Judge