# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JAMES EVERETT SHELTON, individually and on behalf of all those similarly situated, | : : : |
| | : |
| Plaintiff, | : Case No. 1:19-cv-81 |
| | : |
| v. | : Magistrate Judge David A. Ruiz |
| | : |
| DIRECT ENERGY, LP AND KAA ENERGY, INC. | : : |
| | : |
| Defendants. | : |

## JOINT REPORT PROPOSING REVISED CASE MANAGEMENT DATES

Plaintiff James Everett Shelton and Defendants Direct Energy, LP and KAA Energy, Inc. submit this joint proposal of revised case management dates pursuant to this Court's Order of February 21, 2019 (Doc. 49).

| | PROPOSED DATE |
|---|---|
| Defendants' deadline to file motions for summary judgment, if any, regarding Plaintiff's alleged consent | June 22, 2019 |
| Discovery deadline relevant to the appropriateness of certification of the proposed class | 6 months after the Court's ruling on Defendants' motions for summary judgment regarding Plaintiff's alleged consent |
| Plaintiff's expert report deadline | 30 days after discovery deadline relevant to appropriateness of class certification |
| Defendants' expert report deadline | 30 days after Plaintiff's expert report deadline |
| Expert deposition deadline | 30 days after Defendants' expert report deadline |
| Motion for class certification deadline | 14 days after expert deposition deadline |

Respectfully submitted,

| | |
|---|---|
| **/s/ Brian K. Murphy** | **/s/ William B. Thomas, per email auth. 4.8.19** |
| Brian K. Murphy, Trial Attorney (0070654) | Ashley L. Oliker (0085628) |
| Jonathan P. Misny (0090673) | Frost Brown Todd LLC |
| Murray Murphy Moul + Basil LLP | 10 W. Broad Street, Suite 2300 |
| 1114 Dublin Road | Columbus, OH 43215 |
| Columbus, OH  43215 | (614) 559-7227 |
| (614) 488-0400 | (614) 464-1737 *facsimile* |
| (614) 488-0401 *facsimile* | E-mail: aoliker@fbtlaw.com |
| E-mail: murphy@mmmb.com | |
|         misny@mmmb.com | Michael D. Matthews, Jr. (Admitted *Pro Hac Vice*) |
| | William B. Thomas (Admitted *Pro Hac Vice*) |
| Anthony Paronich (Admitted *Pro Hac Vice*) | McDowell Hetherington LLP |
| Paronich Law, P.C. | 1001 Fannin Street, Suite 2700 |
| 350 Lincoln Street, Suite 2400 | Houston, TX 77002 |
| Hingham, MA 02043 | (713) 337-5580 |
| (508) 221-1510 | (713) 337-8850 *facsimile* |
| E-mail: anthony@paronichlaw.com | E-mail: matt.matthews@mhllp.com |
| | william.thomas@mhllp.com |
| *Counsel for Plaintiff* | |
| | *Counsel for Defendant Direct Energy, LP* |

**/s/ Gregory G. Guice, per email auth. 4/8/19**
Gregory G. Guice, Trial Attorney (0076524)
Reminger Co., L.P.A.
101 W. Prospect Ave., Suite 1400
Cleveland, OH 44115
(216) 687-1311
(216) 687-1841 *facsimile*
E-mail: gguice@reminger.com

*Counsel for Defendant KAA Energy, Inc.*

2