**IT IS SO ORDERED.**
s/ David A. Ruiz
U.S. Magistrate Judge
3/20/2020

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| JAMES EVERETT SHELTON; individually and on behalf of all those similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>DIRECT ENERGY, LP AND KAA ENERGY, INC.<br><br>　　Defendants, | §§§§§§§§§§§§§<br><br>Case No. 1:19-cv-81 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff files this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims against the defendants. None of the rights of any putative class members, other than the plaintiff, has been released or are otherwise affected by this dismissal.

Dated: March 19, 2020

PLAINTIFF,

By:
*s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com


DEFENDANT,

MCDOWELL HETHERINGTON LLP

*/s/ William B. Thomas*
Michael D. Matthews, Jr.*
Texas Bar No. 24051009
William B. Thomas*
Texas Bar No. 24083965

1

1001 Fannin Street, Suite 2700
Houston, Texas 77002
T: (713) 337-5580
F: (713) 337-8850
matt.matthews@mhllp.com
william.thomas@mhllp.com
*Admitted Pro Hac Vice

CERTIFICATE OF SERVICE

I, hereby certify that on March 19, 2020, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

/s/ Anthony Paronich
Anthony Paronich